**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| FRANK OWEN * | |
| ADC # 097156 * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | Case No. 5:06CV00089SWW |
| * | |
| MR. KEYS, *et al.*, * | |
| * | |
| Defendant * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE due to Plaintiff's failure to state a claim upon which relief can be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 22nd day of June, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE